**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ENDANGERED SPECIES COMMITTEE,
ORDER REGARDING GULF OF AMERICA OIL
AND GAS ACTIVITIES, 91 FED. REG. 16966,
ISSUED ON APRIL 3, 2026                                      MCP No. 202

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The Endangered Species Committee issued an order, which was published in the Federal Register on April 3, 2026. On April 16, 2026, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in the following two courts of appeal: Fifth Circuit and District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the Fifth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Fifth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Lakiah Hyson*
Lakiah Hyson; Case Administrator
Random Selector

*Tanasia Owens*
Tanasia Owens; Case Administrator
Witness

**IN RE: ENDANGERED SPECIES COMMITTEE,**
**ORDER REGARDING GULF OF AMERICA OIL**
**AND GAS ACTIVITIES, 91 FED. REG. 16966,**
**ISSUED ON APRIL 3, 2026**                              **MCP No. 202**

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Fifth Circuit, No. 26-60240 | American Energy Association v. Burgum, et al. |
| DC Circuit, No. 26-1079 | Natural Resources Defense Council, Inc. v. Douglas Burgum, et al. |