# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MCP No. 202

**IN RE: ENDANGERED SPECIES COMMITTEE, ORDER REGARDING GULF OF AMERICA OIL AND GAS ACTIVITIES, 91 FED. REG. 16966, ISSUED ON APRIL 3, 2026**

Date Filed: 04/16/2026
Date Ordered: 04/17/2026

Selected Circuit: Fifth Circuit

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2026 | 1 | NOTICE OF MULTICIRCUIT PETITIONS FOR REVIEW AND REQUEST FOR RANDOM SELECTION -- Filed by Endangered Species Committee, seeking judicial review of 2 petitions pending in the following circuit courts of appeals: **Fifth Circuit, District of Columbia Circuit,**<br><br>(Attachments: # 1 Schedule of Petitions, # 2 Proof of Service, # 3 Other DC Cir Petition 26-1079, # 4 Other 5th Cir Petition 26-60240, # 5 Other Committee Order)<br><br>(Anderson, Christopher) Modified on 4/17/2026 (TF). REMOVED DUPLICATE ATTACHMENTS. (Entered: 04/16/2026) |
| 04/17/2026 | 2 | MCP Number 202 Assigned -- MULTICIRCUIT PETITION ACCEPTED FOR FILING re: pldg. ( 1 in Pending MCP No. 4)<br><br>Associated Cases: Pending MCP No. 4, 05/1:26-ca-60240, DC/1:26-ca-01079 (TF) (Entered: 04/17/2026) |
| 04/17/2026 | 3 | CONSOLIDATION ORDER FILED - RANDOM SELECTION HELD Consolidating 2 appeals that were pending in 2 circuits.<br><br>The United States Court of Appeals for the Fifth Circuit was DESIGNATED<br><br>Signed by RANDOM SELECTOR, Lakiah Hyson, Case Administrator, and WITNESS, Tanasia Owens, Case Administrator, FOR THE PANEL, on 4/17/2026.<br><br>Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (TF) (Entered: 04/17/2026) |
| 04/17/2026 | 4 | ***TEXT ONLY NOTICE***<br><br>**NOTICE OF FILING OF CONSOLIDATION ORDER (MCP 202)** re: pldg. (2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202)<br><br>**ACTION REQUIRED BY: Christopher Anderson, Esq., Endangered Species Committee**<br><br>**Proof of Service due on or before 4/24/2026.**<br><br>*The Panel has served the consolidation order on the **Endangered Species Committee**, however the individual or individuals, or anyone designated by the agency, shall serve the Panel's consolidation order on all parties in all petitions for review included in the Panel's* |

| | | |
|---|---|---|
| | | *consolidation order, and shall submit proof of that service to the Clerk of the Panel by the date noted above.* |
| | | Notification of service can be filed via CM/ECF, in which filing registration is required. Please visit http://www.jpml.uscourts.gov for instructions on how to register for CM/ECF. |
| | | **Signed by Acting Clerk of the Panel Josh R. Bullock on 4/17/2026.** |
| | | Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (TF) Modified on 4/17/2026 (TF). (Entered: 04/17/2026) |
| 04/21/2026 | 5 | PROOF OF SERVICE FOR CONSOLIDATION ORDER -- re: pldg. (2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202) -- Received from **Endangered Species Committee** <br><br> Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (Anderson, Christopher) (Entered: 04/21/2026) |
| 04/23/2026 | 6 | **SEE CORRECTED PLDG. 7** <br><br> MCP MOTION FOR RECONSIDERATION/CONSOLIDATION ORDER -- re: pldg. (2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202) -- Received from **Defenders of Wildlife** <br><br> Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (Davenport, Jane) Modified on 4/23/2026 (TF). (Entered: 04/23/2026) |
| 04/23/2026 | 7 | MCP MOTION FOR RECONSIDERATION/CONSOLIDATION ORDER -- re: pldg. (2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202) -- Received from **Defenders of Wildlife** <br><br> (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) <br><br> Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (Davenport, Jane) (Entered: 04/23/2026) |
| 04/23/2026 | 8 | NOTICE OF APPEARANCE re: pldg.(2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202) Filed by attorney Jane P. Davenport on behalf of Defenders of Wildlife <br><br> Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (Davenport, Jane) (Entered: 04/23/2026) |
| 04/23/2026 | 9 | NOTICE OF APPEARANCE re: pldg.(2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202) Filed by attorney James R. Conde on behalf of American Energy Association <br><br> Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (Conde, James) (Entered: 04/23/2026) |
| 04/23/2026 | | **\*\*\*TEXT ONLY ENTRY\*\*\*** <br><br> MINUTE ORDER re: pldg. ( 3 in MCP No. 202)) <br><br> In light of the motion of Defenders of Wildlife and the National Wildlife Federation, et al., ( 7 in MCP No. 202) to reconsider and strike the Notice of Multicircuit Petitions for Review issued in this docket on April 17, 2026. |

| | | |
|---|---|---|
| | | IT IS ORDERED that the April 17, 2026, Consolidation Order, ECF No. 3, is **STAYED** until the Panel decides the pending motion for reconsideration. The briefing schedule for the motion shall be expedited so that the Panel may consider the motion at its May 28, 2026 hearing session.<br><br>**PURSUANT TO RULE 25.7(i), NOTICE OF ACCELERATED BRIEFING SCHEDULE IS AS FOLLOWS:**<br><br>**Notices of Appearance due on or before 5/5/2026.**<br>**Corporate Disclosure Statements due on or before 5/5/2026.**<br>**Responses due on or before 5/8/2026.**<br>**Reply, if any, due on or before 5/14/2026.**<br><br>Signed by Acting Clerk of the Panel Josh R. Bullock on 4/23/2026.<br><br>Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (DLD) (Entered: 04/23/2026) |
| 04/23/2026 | 10 | NOTICE OF APPEARANCE re: pldg.(2 in 05/1:26-ca-60240, 2 in DC/1:26-ca-01079, 3 in MCP No. 202) Filed by attorney Sitara Witanachchi on behalf of Natural Resources Defense Council, Inc.<br><br>Associated Cases: MCP No. 202, 05/1:26-ca-60240, DC/1:26-ca-01079 (Witanachchi, Sitara) (Entered: 04/23/2026) |