No. 26-60240

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

AMERICAN ENERGY ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL,
INCORPORATED; DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE FEDERATION;
NATIONAL PARKS CONSERVATION ASSOCIATION; FLORIDA WILDLIFE
FEDERATION; LOUISIANA WILDLIFE FEDERATION; TEXAS CONSERVATION
ALLIANCE,

*Petitioners*,

v.

DOUG BURGUM, Secretary of the Interior, in his official capacities as Chair
and Member of the Endangered Species Committee; BROOKE ROLLINS,
Secretary of Agriculture, in her official capacity as a Member of the
Endangered Species Committee; DANIEL DRISCOLL, Secretary of the Army, in
his official capacity as a Member of the Endangered Species Committee;
PIERRE YARED, Acting Chair of the Council of Economic Advisors, in his
official capacity as a Member of the Endangered Species Committee; LEE
ZELDIN, Administrator of the Environmental Protection Agency, in his
official capacity as a Member of the Endangered Species Committee; NEIL
JACOBS, Administrator of the National Oceanic and Atmospheric
Administration, in his official capacity as a Member of the Endangered
Species Committee; PETE HEGSETH, Secretary, U.S. Department of Defense,

*Respondents*.

On Petitions for Review of an Order of the Endangered Species Committee

**NOTICE OF FILING OF THE CERTIFIED INDEX
TO THE ADMINISTRATIVE RECORD**

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
CHRISTOPHER ANDERSON
*Attorney*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

## NOTICE OF FILING OF THE CERTIFIED INDEX
## TO THE ADMINISTRATIVE RECORD

This filing provides notice that the administrative record for the above-captioned case is available. Attached to this filing are the following documents:

1. A certification from Christopher Danley that the materials described in the attached index constitute the complete administrative record for the Endangered Species Committee's Decision and Order granting an exemption pursuant to section 7(h) of the Endangered Species Act for Gulf of America Oil and Gas Activities, 91 Fed. Reg. 16966 (Apr. 3, 2026).

2. The certified index to that record.

The Respondents are making the documents in the administrative record available to the Petitioners via a box.com link provided to counsel on April 30, 2026.

Respectfully submitted,

/s/ *Christopher Anderson*
ADAM R.F. GUSTAFSON
  *Principal Deputy Assist. Attorney General*
ROBERT N. STANDER
  *Deputy Assistant Attorney General*
CHRISTOPHER ANDERSON
  *Attorney*
Environment and Natural Resources Div.
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

April 30, 2026
90-13-9-18168

AMERICAN ENERGY ASSOCIATION;
NATURAL RESOURCES DEFENSE COUNCIL,
INCORPORATED; DEFENDERS OF
WILDLIFE; NATIONAL WILDLIFE
FEDERATION; NATIONAL PARKS
CONSERVATION ASSOCIATION;
FLORIDA WILDLIFE FEDERATION;
LOUISIANA WILDLIFE FEDERATION;
TEXAS CONSERVATION ALLIANCE

Petitioners,

v.

DOUG BURGUM, Secretary of the Interior, in his
official capacities as Chair and Member of the
Endangered Species Committee; BROOKE
ROLLINS, Secretary of Agriculture, in her official
capacity as a Member of the Endangered Species
Committee; DANIEL DRISCOLL, Secretary of the
Army, in his official capacity as a Member of the
Endangered Species Committee; PIERRE YARED,
Acting Chair of the Council of Economic Advisors,
in his official capacity as a Member of the
Endangered Species Committee; LEE ZELDIN,
Administrator of the Environmental Protection
Agency, in his official capacity as a Member of the
Endangered Species Committee; NEIL JACOBS,
Administrator of the National Oceanic and
Atmospheric Administration, in his official
capacity as a Member of the Endangered Species
Committee; PETE HEGSETH, Secretary, U.S.
Department of Defense,

Respondents.

No. 26-60240

## **CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

I certify that to the best of my knowledge and belief the materials identified in the attached index

constitute the complete administrative record underlying the Endangered Species Committee's Decision and Order granting an exemption for Gulf of America Oil and Gas Activities, which include the avoidance or minimization measures described in NMFS's 2025 biological opinion and in FWS's 2018 and 2025 consultation decisions, 91 Fed. Reg. 16966 (Apr. 3, 2026).

Executed on this 30th day of April 2026.

Christopher Danley
Senior Counselor to the Secretary
United States Department of the Interior

| | | *Center for Biological Diversity v. Burgum, et al.* , No. 1:26-cv-940 (D.D.C. Mar. 18, 2026) | | | | |
|---|---|---|---|---|---|---|
| | | Administrative Record re: March 31, 2026, Endangered Species Committee decision & order | | | | |
| Doc# | Document Type | Title | Date | Author | Bates Number | |
| 1 | Federal Register Documents & Final Notice | Endangered Species Committee Meeting Notice, 91 Fed. Reg. 12672 (Mar. 16, 2026) | 3/16/2026 | | ESC_0000001 | |
| 2 | Federal Register Documents & Final Notice | Endangered Species Committee Order (original version) | 3/31/2026 | | ESC_0000002 | |
| 3 | Federal Register Documents & Final Notice | 91 Fed. Reg. 16966 (Apr. 4, 2026) (Committee Order, FR version) | 4/4/2026 | | ESC_0000005 | |
| 4 | Federal Register Documents & Final Notice | Transcript of March 31, 2026, Committee Meeting | 3/31/2026 | | ESC_0000007 | |
| 5 | Federal Register Documents & Final Notice | Correspondence from Secretary of War -- Act Exemption | 3/13/2026 | | ESC_0000031 | |
| 6 | Federal Register Documents & Final Notice | Gulf of America Energy Security -- Department of Energy | 3/10/2026 | | ESC_0000047 | |
| 7 | Federal Register Documents & Final Notice | Market impact analysis of the disruption to federal offshore Gulf of America crude oil and natural gas production | | | ESC_0000053 | |
| 8 | Court Documents | Louisiana v. Haaland, No. 2:23-CV-01157, 2023 WL 6450134, at *9, ECF 82 (W.D. La. Sept. 21, 2023). | 9/21/2023 | | ESC_0000059 | |
| 9 | Court Documents | Louisiana v. NMFS, No. 2:25-CV-00691; ECF 1 (W.D. La.) | 5/20/2025 | | ESC_0000089 | |
| 10 | Court Documents | Louisiana v. NMFS, No. 2:25-CV-00691, 2026 WL 184236, ECF 53 (W.D. La. Jan. 23, 2026) | 1/23/2026 | | ESC_0000123 | |
| 11 | Court Documents | Sierra Club v. NMFS, No. 20-cv-3060 (D. Md.), 797 F. Supp. 3d 440 (D. Md. 2024), | 8/19/2024 | | ESC_0000146 | |
| 12 | Court Documents | Sierra Club v. NMFS, 2024 WL 6817999, ECF 220 (D. Md. Oct. 21, 2024). | 10/24/2024 | | ESC_0000204 | |
| 13 | Court Documents | Sierra Club v. NMFS, No. 20-cv-3060 (D. Md.), ECF No. 211-4. | 9/16/2024 | | ESC_0000206 | |
| 14 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) ECF Nos. 1 | 5/20/2025 | | ESC_0000213 | |
| 15 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) 76-1 | 1/16/2026 | | ESC_0000241 | |
| 16 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) 76-4 | 1/16/2026 | | ESC_0000311 | |
| 17 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) 78-1 | 1/23/2026 | | ESC_0000321 | |
| 18 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) 78-2 | 1/23/2026 | | ESC_0000378 | |
| 19 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) 78-4 | 1/23/2026 | | ESC_0000589 | |
| 20 | Court Documents | Sierra Club v. NMFS, No. 25-cv-01627 (D. Md.) 78-5 | 1/23/2026 | | ESC_0000598 | |
| 21 | Court Documents | Ctr. for Biological Diversity v. Burgum, 24-cv-990 (D.D.C.) (ECF 1) | 4/8/2024 | | ESC_0000612 | |
| 22 | Court Documents | Healthy Gulf v. Burgum, 25-cv-4016 (D.D.C.) (ECF 1) | 11/18/2025 | | ESC_0000655 | |
| 23 | Executive Orders & Presidential Documents | Exec. Order No. 14154, Unleashing American Energy, 90 Fed. Reg. 8353 (Jan. 20, 2025) | 1/20/2025 | | ESC_0000699 | |
| 24 | Executive Orders & Presidential Documents | Exec. Order No. 14156, Declaring a National Emergency, 90 Fed. Reg. 8433 (Jan. 20, 2025) | 1/20/2025 | | ESC_0000706 | |
| 25 | Executive Orders & Presidential Documents | National Security Strategy of the United States (2025) | Nov-25 | | ESC_0000711 | |
| 26 | Agency Documents & Correspondence | Email from U.S. Department of Interior to U.S. Department of War (Jan. 26, 2026) | 1/26/2026 | | ESC_0000744 | |
| 27 | Agency Documents & Correspondence | FWS, Biological Opinion on Gulf of America Oil & Gas Activities (Apr. 20, 2018) | 4/20/2018 | | ESC_0000745 | |
| 28 | Agency Documents & Correspondence | FWS, Reinitiated ESA Consultation Decision on Gulf of America Oil & Gas Activities (Mar. 28, 2025) | 3/28/2025 | | ESC_0000928 | |
| 29 | Agency Documents & Correspondence | NMFS, Biological Opinion on Gulf of America Outer Continental Shelf Oil & Gas Program (May 20, 2025) | 5/20/2025 | | ESC_0000942 | |
| 30 | Publications, Reports, & Data Sources | "Alternative Fuels Data Center: Maps and Data – Average Annual Retail Fuel Price of Gasoline." Alternative Fuels Data Center, https://afdc.energy.gov/data/10641. Last updated January 2024 (accessed January 25, 2026). | Jan-24 | U.S. Department of Energy, Office of Critical Minerals & Energy Innovation | ESC_0001730 | |
| 31 | Publications, Reports, & Data Sources | Babadagli, Tayfun. "Development of mature oil fields — a review." Journal of Petroleum Science and Engineering, vol. 57, no. 3–4, June 2007, pp. 221–246, https://doi.org/10.1016/j.petrol.2006.10.006. | 2007 | Tayfun Babadagli | ESC_0001731 | |
| 32 | Publications, Reports, & Data Sources | Brent Crude Oil. Trading Economics, https://tradingeconomics.com/commodity/brent-crude-oil. Accessed Mar. 05, 2026. | | | ESC_0001757 | |
| 33 | Publications, Reports, & Data Sources | "Center For Energy Security and Infrastructure Resilience." Naval Academy, 8 July 2025, https://www.usna.edu/CESIR/Energy_and_Energy_Security.php. Accessed 25 January 2026. | 7/8/2025 | | ESC_0001759 | |

| | Publications, Reports, & Data Sources | Citation | Date | Author | ID |
|---|---|---|---|---|---|
| 34 | Publications, Reports, & Data Sources | Coglianese, John, and Brendan M. Price. Income in the Off-Season: Household Adaptation to Yearly Work Interruptions. Finance and Economics Discussion Series 2020-084, Board of Governors of the Federal Reserve System, 2020. https://doi.org/10.17016/FEDS.2020.084. | Oct-20 | John Coglianese, Brendan Price | ESC_0001826 |
| 35 | Publications, Reports, & Data Sources | "Continued Investment Is Needed to Maintain or Grow Permian Production, Due to Shale's Steep Decline Curve." American Petroleum Institute, www.api.org/energy-insights/charts-analysis/continued-investment-is-needed. Accessed 27 Jan. 2026. | | American Petroleum Institute | ESC_0001884 |
| 36 | Publications, Reports, & Data Sources | "Crude Oil Prices Fell in 2025 amid Oversupply." U.S. Energy Information Administration, Jan. 2026, https://www.eia.gov/todayinenergy/detail.php?id=66944. Accessed 1 Feb. 2026. | 1/5/2026 | Alex de Keyserling, Jimmy Troderman | ESC_0001889 |
| 37 | Publications, Reports, & Data Sources | "Enhanced Oil Recovery in Shale." EPCM Holdings, www.epcmholdings.com/enhanced-oil-recovery-in-shale/. Accessed 27 Jan. 2026. | | | ESC_0001892 |
| 38 | Publications, Reports, & Data Sources | "Expanding Strategic Oil Stocks in China Support Crude Oil Prices." U.S. Energy Information Administration, Oct. 2025, https://www.eia.gov/todayinenergy/detail.php?id=66319. Accessed 1 Feb. 2026. | 10/9/2025 | Sean Hill, Jonathan Russo | ESC_0001903 |
| 39 | Publications, Reports, & Data Sources | "Explore Census Data." United States Census Bureau, www.data.census.gov/. Accessed 25 Jan. 2026. | | | ESC_0001905 |
| 40 | Publications, Reports, & Data Sources | "Factors Affecting Gasoline Prices." U.S. Energy Information Administration, 5 Sept. 2024, https://www.eia.gov/energyexplained/gasoline/factors-affecting-gasoline-prices.php. Accessed 25 Jan. 2026. | | | ESC_0001906 |
| 41 | Publications, Reports, & Data Sources | Haluga, Meredith. "The Oil Crisis of 1973: President Nixon's Actions to Maintain American Prosperity." American Studies Forum, 2017, https://digitalcommons.providence.edu/american_studies_forum/2. | 2017 | Meredith Haluga | ESC_0001909 |
| 42 | Publications, Reports, & Data Sources | Hurtado, Ariana. "Offshore Leasing Uncertainty Drives Higher Energy Costs for US Consumers, CEA Says." Offshore (Mar. 4, 2026). | 3/24/2026 | Ariana Hurtado | ESC_0001932 |
| 43 | Publications, Reports, & Data Sources | International Energy Statistics (IES) Database. U.S. Energy Information Administration. | | | ESC_0001937 |
| 44 | Publications, Reports, & Data Sources | "May 2024 State Occupational Employment and Wage Estimates." U.S. Bureau of Labor Statistics, https://www.bls.gov/oes/current/oessrcst.htm. | 2024 | U.S. Bureau of Labor Statistics | ESC_0001938 |
| 45 | Publications, Reports, & Data Sources | McCoy, John. "Mass Layoffs Can Disproportionly Disrupt Small Communities." Economic Bulletin, Federal Reserve Bank of Kansas City, 18 Feb. 2026, https://www.kansascityfed.org/research/economic-bulletin/mass-layoffs-can-disproportionately-disrupt-small-communities/. | 2/18/2026 | John McCoy | ESC_0002034 |
| 46 | Publications, Reports, & Data Sources | "Milestones in the History of U.S. Foreign Relations – Office of the Historian." https://history.state.gov/milestones/1969-1976/oil-embargo. | | U.S. Department of State, Office of the Historian | ESC_0002040 |
| 47 | Publications, Reports, & Data Sources | Petroleum Supply Monthly. U.S. Energy Information Administration. | | | ESC_0002042 |
| 48 | Publications, Reports, & Data Sources | "Rapid Declines from Horizontal Wells Require More Drilling to Sustain Production." U.S. Energy Information Administration, Nov. 2025, www.eia.gov/todayinenergy/detail.php?id=66564. Accessed 27 Jan. 2026. | 11/5/2025 | Faouzi Aloulou, Olga Popova, Jozef Lieskovsky | ESC_0002195 |
| 49 | Publications, Reports, & Data Sources | "Regional Data." Bureau of Economic Analysis, https://www.bea.gov/itable/national-gdp-and-personal-income. Accessed 25 Jan. 2026. | | | ESC_0002198 |
| 50 | Publications, Reports, & Data Sources | Short-Term Energy Outlook (STEO), January 2026. U.S. Energy Information Administration. | Jan-26 | U.S. Energy Information Administration | ESC_0002202 |
| 51 | Publications, Reports, & Data Sources | Short-Term Energy Outlook (STEO), February 2026. U.S. Energy Information Administration, https://www.eia.gov/outlooks/steo/report/global_oil.php. | Feb-26 | U.S. Energy Information Administration | ESC_0002260 |

| | | | | |
|---|---|---|---|---|
| Publications, Reports, & Data Sources | "Ten Counties in the Permian Basin Account for 93% of U.S. Oil Production Growth since 2020." U.S. Energy Information Administration, Sept. 2025, www.eia.gov/todayinenergy/detail.php?id=66025. Accessed 27 Jan. 2026. | 9/2/2025 | Troy Cook | ESC_0002322 |
| Publications, Reports, & Data Sources | "U.S. Crude Oil Exports Reached a New Record in 2024." U.S. Energy Information Administration, Apr. 2025, www.eia.gov/todayinenergy/detail.php?id=64964. Accessed 1 Feb. 2026. | 4/10/2025 | Anne Miranda | ESC_0002323 |
| Publications, Reports, & Data Sources | "U.S. Energy Flow, 2024." U.S. Energy Information Administration, www.eia.gov/totalenergy/data/flow-graphs/total-energy.php. Accessed 27 Jan. 2026. | Apr-25 | U.S. Energy Information Administration | ESC_0002326 |
| Publications, Reports, & Data Sources | U.S. Energy Information Administration, Petroleum & Other Liquids. "U.S. Number and Capacity of Petroleum Refineries." U.S. Energy Information Administration, https://www.eia.gov/dnav/pet/pet_pnp_cap1_dcu_nus_a.htm. | 6/20/2025 | U.S. Energy Information Administration | ESC_0002327 |
| Publications, Reports, & Data Sources | U.S. Bureau of Labor Statistics. Average and Median Weeks Unemployed (UEMPMEAN, UEMPMED). Federal Reserve Economic Data (FRED), Federal Reserve Bank of St. Louis, https://fred.stlouisfed.org/graph/?id=UEMPMEAN,UEMPMED. Accessed 27 Feb. 2026. | | U.S. Bureau of Labor Statistics | ESC_0002329 |
| Publications, Reports, & Data Sources | Wackman, Thomas. "Energy Security is National Security." Institute for Energy Research, April 2023, https://www.instituteforenergyresearch.org/wp-content/uploads/2023/04/Energy-Security-Is-National-Security-Wackman.pdf. | Apr-23 | Thomas Wackman | ESC_0002330 |