# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2026

Mr. James Conde
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Ms. Jane P. Davenport
Defenders of Wildlife
1130 17th Street, N.W.
Washington, DC 20036

Ms. Kate Desormeau
Natural Resources Defense Council
111 Sutter Street
21st Floor
San Francisco, CA 94104

Ms. Catherine Wannamaker
Southern Environmental Law Center
525 E. Bay Street
Suite 200
Charleston, SC 29403

        No. 26-60240    American Energy v. Burgum
                        Agency No. 91 Fed. Reg. 16,966

Dear Counsel,

We have filed the certified list.  PETITIONER'S BRIEF AND EXCERPTS
ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See Fed. R. App. P.
and 5th Cir. R. 28, 30 and 31.  Except in the most extraordinary
circumstances, the <u>maximum</u> extension for filing briefs is 40 days
in agency cases.  See also Fed. R. App. P. 30.1.2 and Fed. R. App.
P. 31.1 to determine if you have to file electronic copies of the
brief and record excerpts, and the Portable Document Format (PDF)
you MUST use.  See also Fed. R. App. P. 30.1 for the contents of
the Record Excerpts which are filed instead of an appendix.  You
may access our briefing checklist on the Fifth Circuit's website
"http://www.ca5.uscourts.gov/docs/
default-source/forms-and-documents---clerks-office/rules/

brchecklist.pdf".   An intervenor's time is governed by Fed. R. App. P. 31.2.  Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2.  Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

**Brief Template:**  The clerk's office provides brief templates and a tool to check briefs for potential deficiencies before docketing. To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

**Guidance Regarding Citations for Administrative Records**

See 5th Cir. R. 28.2.2 - You must use the proper citation format when citing to the electronic administrative record.

Within the electronic record, the record citation cited at the bottom left hand side of the page is the proper citation to be used.

An example of a proper record citation format is, "ROA" followed by a period, followed by the page number.  For example, "ROA.123". See 5th Cir. R. 28.2.2.

**Reminder Regarding Sealed Documents:**  Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

**Signing Pleadings:**  While our rules do not directly regulate the process by which a party or an attorney produces the filing—such as writing it personally with no assistance, delegating part of its preparation to another, or using generative artificial intelligence, the signature is an attestation that the signer has reviewed the filing and is responsible for the accuracy of its contents.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk

504-310-7719

Enclosure(s)

cc w/encl:
    Mr. Christopher Anderson
    Mr. Dimple Chaudhary
    Mr. Robert Nolan Stander

_____

Case No. 26-60240

_____

American Energy Association; Natural Resources Defense Council, Incorporated; Defenders of Wildlife; National Wildlife Federation; National Parks Conservation Association; Florida Wildlife Federation; Louisiana Wildlife Federation; Texas Conservation Alliance,

Petitioners

v.

Doug Burgum, Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee; Brooke Rollins, Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee; Daniel Driscoll, Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee; Pierre Yared, Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee; Lee Zeldin, Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species Committee; Neil Jacobs, Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee; Pete Hegseth, Secretary, U.S. Department of Defense,

Respondents