# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 06, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-60240   American Energy v. Burgum
                 Agency No. 91 Fed. Reg. 16,966

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Melissa Mattingly*

        By: _____
        Melissa V. Mattingly, Deputy Clerk
        504-310-7719

Mr. Christopher Anderson
Mr. Dimple Chaudhary
Mr. James Conde
Ms. Jane P. Davenport
Ms. Katherine Desormeau
Mr. Jason T. Morgan
Mr. Robert Nolan Stander
Ms. Catherine Wannamaker