

**U.S. Department of Justice**
Environment and Natural Resources Division

*Appellate Section*
*P.O. Box 7415*
*Ben Franklin Station*
*Washington, DC 20044*

*Telephone (202) 514-2748*
*Facsimile (202) 353-1873*

## *Via CM/ECF*

May 15, 2026

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

      Re:   *American Energy Ass'n v. Burgum*, No. 26-60240
             Notice of Intent to File Opposition

Dear Mr. Cayce:

On May 13, 2026, Center for Biological Diversity moved to intervene in these petitions in support of Federal Respondents. Federal Respondents respectfully inform the Court that they intend to file a brief opposing the motion to intervene by May 26, 2026 (the deadline for responses to the motion under Federal Rule of Appellate Procedure 27(a)(3)(A)).

                Sincerely,

                */s Christopher Anderson*
                Christopher Anderson
                Counsel for the Respondents

cc:  All counsel (via CM/ECF)