# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-60240    American Energy v. Burgum
USDC No. 91 Fed. Reg. 16,966

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Christopher Anderson
Mr. Dimple Chaudhary
Mr. James Conde
Ms. Jane P. Davenport
Ms. Katherine Desormeau
Mr. Joseph M. Manning
Mr. Jason T. Morgan
Mr. Brian Segee
Mr. Robert Nolan Stander
Ms. Tiffany Wang
Ms. Catherine Wannamaker