# United States Court of Appeals
# for the Fifth Circuit

_____

No. 26-60240

_____

AMERICAN ENERGY ASSOCIATION; NATURAL RESOURCES
DEFENSE COUNCIL, INCORPORATED; DEFENDERS OF WILDLIFE;
NATIONAL WILDLIFE FEDERATION; NATIONAL PARKS
CONSERVATION ASSOCIATION; FLORIDA WILDLIFE
FEDERATION; LOUISIANA WILDLIFE FEDERATION; TEXAS
CONSERVATION ALLIANCE,

*Petitioners,*

*versus*

DOUG BURGUM, *Secretary of the Interior, in his official capacities as Chair
and Member of the Endangered Species Committee*; BROOKE ROLLINS,
*Secretary of Agriculture, in her official capacity as a Member of the Endangered
Species Committee*; DANIEL DRISCOLL, *Secretary of the Army, in his
official capacity as a Member of the Endangered Species Committee*; PIERRE
YARED, *Acting Chair of the Council of Economic Advisors, in his official
capacity as a Member of the Endangered Species Committee*; LEE ZELDIN,
*Administrator of the Environmental Protection Agency, in his official capacity as
a Member of the Endangered Species Committee*; NEIL JACOBS,
*Administrator of the National Oceanic and Atmospheric Administration, in his
official capacity as a Member of the Endangered Species Committee*; PETE
HEGSETH, *Secretary, U.S. Department of Defense*,

*Respondents.*

---

Petition for Review from an Order of the
Department of Interior
Agency No. 91 Fed. Reg. 16,966

---

ORDER:

IT IS ORDERED that Petitioners' Opposed Motion to stay further proceedings in this court is DENIED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*