# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2026

Lyle W. Cayce
Clerk

————————

No. 26-60240

————————

AMERICAN ENERGY ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INCORPORATED; DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE FEDERATION; NATIONAL PARKS CONSERVATION ASSOCIATION; FLORIDA WILDLIFE FEDERATION; LOUISIANA WILDLIFE FEDERATION; TEXAS CONSERVATION ALLIANCE,

*Petitioners,*

*versus*

DOUG BURGUM, *Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee*; BROOKE ROLLINS, *Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee*; DANIEL DRISCOLL, *Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee*; PIERRE YARED, *Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee*; LEE ZELDIN, *Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species Committee*; NEIL JACOBS, *Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee*; PETE HEGSETH, *Secretary, U.S. Department of Defense*,

*Respondents.*

No. 26-60240

_____

Petition for Review from an Order of the
Department of Interior
Agency No. 91 Fed. Reg. 16,966

_____

ORDER:

IT IS ORDERED that the motion of the Center for Biological Diversity for leave to intervene is DENIED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*