June 25, 2026

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

      Re:    *American Energy Ass'n v. Burgum*, No. 26-60240
              Notice of intent to file reply

Dear Mr. Cayce:

On June 16, 2026, Petitioner Natural Resources Defense Council, Inc. (NRDC) filed an opposed motion to stay its own briefing schedule, or in the alternative, dismiss without prejudice its own Petition for Review. Dkt. No. 68. On June 23 and 25, 2026, Petitioner American Energy Association, Federal Respondents, and Intervenor-Respondent American Petroleum Institute each filed responses thereto. Dkt. Nos. 73, 77, 80.

NRDC respectfully informs the Court of its intention to file, on or before June 29, 2026, a consolidated reply pursuant to Federal Rule of Appellate Procedure 27(a)(4) ("Any reply to a response must be filed within 7 days after service of the response.").

                            Respectfully submitted,

                            */s/ Katherine Desormeau*
                            Katherine Desormeau (CA Bar No. 266463)
                            Natural Resources Defense Council, Inc.
                            111 Sutter St., 21st Floor
                            San Francisco, CA 94104
                            (415) 875-6100
                            kdesormeau@nrdc.org

                            *Attorney for Petitioner Natural Resources Defense Council, Inc.*