# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

|  |  |
|---|---|
| AMERICAN ENERGY ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE FEDERATION; NATIONAL PARKS CONSERVATION ASSOCIATION; FLORIDA WILDLIFE FEDERATION; LOUISIANA WILDLIFE FEDERATION; TEXAS CONSERVATION ALLIANCE, <br><br> *Petitioners,* <br><br> v. <br><br> DOUG BURGUM, Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee; BROOKE ROLLINS, Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee; DANIEL DRISCOLL, Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee; PIERRE YARED, Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee; LEE ZELDIN, Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species Committee; NEIL JACOBS, Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee; PETE HEGSETH, Secretary, U.S. Department of Defense, <br><br> *Respondents.* | Case No. 26–60240 |

## PETITIONERS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITIONS FOR REVIEW WITH PREJUDICE

1

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Fifth Circuit Rule 42.1, Petitioners National Wildlife Federation, National Parks Conservation Association, Florida Wildlife Federation, Louisiana Wildlife Federation, and Texas Conservation Alliance (collectively, "NWF Petitioners") and Defenders of Wildlife ("Defenders") hereby respectfully move to voluntarily dismiss their petitions for review of Federal Respondents' Exemption Order related to Gulf oil and gas activities. NWF Petitioners and Defenders have decided that dismissal of this action is in their best interests.

Dismissal will cause no harm to any other party. No substantive briefs have been filed in this matter, and NWF Petitioners and Defenders agree to bear their own costs and that dismissal is with prejudice. Pursuant to Fifth Circuit Rule 27.4, counsel for NWF Petitioners and counsel for Defenders conferred via email with counsel for Federal Respondents, Respondent-Intervenor, and Petitioner American Energy Association, all of whom represented that their clients take no position on this motion. Petitioner Natural Resources Defense Council, Inc. does not oppose. No party represented that it will file an opposition to this motion.

As this motion is unopposed, FRAP 42 dismissal is available as of right. 5th Cir. R. 42.1 ("In *all* cases where the . . . petitioner files an unopposed motion to withdraw the . . . agency review proceeding, the clerk *will* enter an order of dismissal and issue a copy of the order as the mandate." (emphasis added)). NWF

Petitioners and Defenders therefore respectfully request that the Court grant this motion to withdraw their petitions for review in the instant case.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Catherine M. Wannamaker*
Catherine Wannamaker
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, South Carolina 29403
cwannamaker@selc.org
(843) 720-5270

*Attorney for Petitioners National Wildlife Federation, National Parks Conservation Association, Florida Wildlife Federation, Louisiana Wildlife Federation, and Texas Conservation Alliance*

*/s/ Joseph M. Manning*
Joseph M. Manning
Defenders of Wildlife
1130 17th St. NW
Washington, DC 20036
(202) 682-9400
jmanning@defenders.org

*Attorney for Petitioner Defenders of Wildlife*

# CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this Motion:

(i)     complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fifth Circuit Rule 32.2, this document contains 256 words; and

(ii)    complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: June 29, 2026                      /s/ Catherine Wannamaker
                                          Catherine Wannamaker

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service on all parties will be accomplished by the appellate CM/ECF system.

/s/ Catherine Wannamaker
Catherine Wannamaker