# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 29, 2026

Lyle W. Cayce
Clerk

No. 26-60240

———————

AMERICAN ENERGY ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INCORPORATED; DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE FEDERATION; NATIONAL PARKS CONSERVATION ASSOCIATION; FLORIDA WILDLIFE FEDERATION; LOUISIANA WILDLIFE FEDERATION; TEXAS CONSERVATION ALLIANCE,

*Petitioners,*

*versus*

DOUG BURGUM, *Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee*; BROOKE ROLLINS, *Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee*; DANIEL DRISCOLL, *Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee*; PIERRE YARED, *Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee*; LEE ZELDIN, *Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species Committee*; NEIL JACOBS, *Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee*; PETE HEGSETH, *Secretary, U.S. Department of Defense*,

*Respondents.*

_____

Petition for Review from an Order of the
Department of Interior
Agency No. 91 Fed. Reg. 16,966

_____

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Petitioner's motion to stay further proceedings in this court pending litigation in the U.S. District Court for the District of Columbia concerning jurisdiction is DENIED.

IT IS FURTHER ORDERED that Petitioner's alternative motion to dismiss the petition without prejudice under Fifth Circuit Rule 42.4 is DENIED.