# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2026

Mr. David Bernhardt, Secretary, U.S. Department of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
MS 2528-MIB
Washington, DC 20240-0000

     No. 26-60240   American Energy v. Burgum
                 USDC No. 91 Fed. Reg. 16,966

Dear Mr. Bernhardt, and Secretary, U.S. Department of the Interior,

Enclosed is a copy of the judgment issued as the mandate as the following parties ONLY:

National Wildlife Federation, National Parks Conservation Association, Florida Wildlife Federation, Louisiana Wildlife Federation, Texas Conservation Alliance, and Defenders of Wildlife

The above referenced case remains pending as to all other Petitioners.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Melissa V. Mattingly, Deputy Clerk
                 504-310-7719

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 26-60240

_____


American Energy Association; Natural Resources Defense Council,
Incorporated,

                         Petitioners

v.

Doug Burgum, Secretary of the Interior, in his official
capacities as Chair and Member of the Endangered Species
Committee; Brooke Rollins, Secretary of Agriculture, in her
official capacity as a Member of the Endangered Species
Committee; Daniel Driscoll, Secretary of the Army, in his
official capacity as a Member of the Endangered Species
Committee; Pierre Yared, Acting Chair of the Council of Economic
Advisors, in his official capacity as a Member of the Endangered
Species Committee; Lee Zeldin, Administrator of the
Environmental Protection Agency, in his official capacity as a
Member of the Endangered Species Committee; Neil Jacobs,
Administrator of the National Oceanic and Atmospheric
Administration, in his official capacity as a Member of the
Endangered Species Committee; Pete Hegseth, Secretary, U.S.
Department of Defense,

                         Respondents