**No. 26-60240**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

AMERICAN ENERGY ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE FEDERATION; NATIONAL PARKS CONSERVATION ASSOCIATION; FLORIDA WILDLIFE FEDERATION; LOUISIANA WILDLIFE FEDERATION; TEXAS CONSERVATION ALLIANCE,

*Petitioners,*

*v.*

DOUG BURGUM, Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee; BROOKE ROLLINS, Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee; DANIEL DRISCOLL, Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee; PIERRE YARED, Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee; LEE ZELDIN, Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species Committee; NEIL JACOBS, Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee; PETE HEGSETH, Secretary, U.S. Department of Defense,

*Respondents.*

---

On Petitions for Review of an Order of the Endangered Species Committee

---

**NRDC's UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Appellate Procedure 20 and 42(b)(2) and Fifth Circuit Rule 42.1, Petitioner Natural Resources Defense Council, Inc. (NRDC), hereby respectfully moves to voluntarily dismiss with prejudice its Petition for Review of the Endangered Species Committee's March 31, 2026, Exemption.

In conformity with Fifth Circuit Rule 27.4, counsel for NRDC conferred with counsel for Federal Respondents; counsel for Intervenor-Respondent American Petroleum Institute (API);counsel for Petitioner American Energy Association (AEA); counsel for Petitioner Defenders of Wildlife; and counsel for Petitioners National Wildlife Federation, National Parks Conservation Association, Florida Wildlife Federation, Louisiana Wildlife Federation, and Texas Conservation Alliance (NWF et al.). Counsel for Federal Respondents, API, and AEA represent that their respective clients take no position on this motion. Counsel for Defenders of Wildlife and NWF et al. represent that their respective clients do not oppose.

Because this motion is unopposed, dismissal is available as of right. Fifth Cir. R. 42.1 ("In all cases where . . . petitioner files an unopposed motion to withdraw the . . . agency review proceeding, the clerk will enter an order of dismissal[.]"). Moreover, dismissal of NRDC's Petition is in its best interest and will cause no prejudice—at this early juncture of the case, briefing has not commenced, and NRDC agrees to bear its own costs.

For the foregoing reasons, NRDC respectfully requests that this Court grant the instant motion for voluntary dismissal with prejudice of NRDC's Petition for Review.

Date: June 30, 2026

Respectfully submitted,

*/s/ Katherine Desormeau*
Katherine Desormeau (CA Bar No. 266463)
Natural Resources Defense Council, Inc.
111 Sutter St., 21st Floor
San Francisco, CA 94104
(415) 875-6100
kdesormeau@nrdc.org

*Attorney for Petitioner Natural Resources Defense Council, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service on all parties will be accomplished by the appellate CM/ECF system.

*/s/ Katherine Desormeau*
Katherine Desormeau (CA Bar No. 266463)
Natural Resources Defense Council, Inc.
111 Sutter St., 21st Floor
San Francisco, CA 94104
(415) 875-6100
kdesormeau@nrdc.org

*Attorney for Petitioner Natural Resources Defense Council, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this Motion:

(i) Complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fifth Circuit Rule 32.2, this document contains 239 words; and

(ii) Complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: June 30, 2026

*/s/ Katherine Desormeau*
Katherine Desormeau (CA Bar No. 266463)
Natural Resources Defense Council, Inc.
111 Sutter St., 21st Floor
San Francisco, CA 94104
(415) 875-6100
kdesormeau@nrdc.org

*Attorney for Petitioner Natural Resources Defense Council, Inc.*