# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2026

Mr. David Bernhardt, Secretary, U.S. Department of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
MS 2528-MIB
Washington, DC 20240-0000

        No. 26-60240    American Energy v. Burgum
                        USDC No. 91 Fed. Reg. 16,966

Dear Mr. Bernhardt, Secretary, U.S. Department of the Interior,

Enclosed is a copy of the judgment issued as the mandate as to
Natural Resources Defense Council, Incorporated ONLY.

This case remains open as to Petitioner, American Energy
Association.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc w/encl:
        Mr. Christopher Anderson
        Mr. Dimple Chaudhary
        Mr. James Conde
        Mr. Jason T. Morgan
        Mr. Robert Nolan Stander
        Mr. Ryan P. Steen
        Ms. Tiffany Wang