

**A True Copy**
**Certified order issued Jun 30, 2026**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 26-60240

_____

AMERICAN ENERGY ASSOCIATION,

*Petitioner,*

*versus*

DOUG BURGUM, *Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee*; BROOKE ROLLINS, *Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee*; DANIEL DRISCOLL, *Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee*; PIERRE YARED, *Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee*; LEE ZELDIN, *Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species Committee*; NEIL JACOBS, *Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee*; PETE HEGSETH, *Secretary, U.S. Department of Defense,*

*Respondents.*

_____

Petition for Review from an Order of the
Department of Interior
Agency No. 91 Fed. Reg. 16,966

_____

No. 26-60240

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the case is dismissed as of June 30, 2026, pursuant to petitioner, Natural Resources Defense Council, Incorporated's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT