BOYDEN GRAY PLLC
800 CONNECTICUT AVE, NW, SUITE 900
WASHINGTON, DC 20006
(202) 955-0620

July 15, 2026

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:     Declarations in Support of Standing
        *American Energy Association v. Doug Burgum, et al.*, No. 26-60240

Dear Mr. Cayce:

    Please find attached the declarations of Brent R. Ozenne (Ex. A) and Jason Isaac (Ex. B). The declarations provide facts to support Petitioner's standing in the above-referenced case.

                                    Respectfully,

                                    /s/ James R. Conde
                                    James R. Conde
                                    BOYDEN GRAY PLLC
                                    800 Connecticut Ave. NW,
                                     Suite 900
                                    Washington, DC 20006
                                    (202) 955-0620
                                    jconde@boydengray.com

cc: Counsel of Record, via CM/ECF