

**U.S. Department of Justice**
Environment and Natural Resources Division

---

*Appellate Section*
*P.O. Box 7415*
*Ben Franklin Station*
*Washington, DC 20044*

*Telephone (202) 353-1834*
*Facsimile (202) 353-1873*
*christopher.anderson3@usdoj.gov*

### VIA CM/ECF

August 7, 2026

Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

> Re:  *American Energy Ass'n v. Burgum*, No. 26-60240
>       Unopposed request for a 21-day extension of time
>       to file Federal Respondents' brief

Dear Mr. Cayce:

I am counsel of record for the Federal Respondents in this matter. I am requesting a 21-day extension of time to file Federal Respondents' brief from August 14, 2024, to September 4, 2024. I have contacted counsel of record for the Petitioner and for the Intervenor-Respondent, and they do not oppose this request. This is Federal Respondents' first request for an extension.

The requested extension is necessary to allow adequate time to accommodate the extensive review and clearance process required for all briefs filed on behalf of the federal government. In addition, I will be on previously scheduled annual leave from August 14 through August 24 and will be unable to work on the brief during that time.

Thank you for considering this request.

Respectfully submitted,

*s/ Christopher Anderson*
Christopher Anderson
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, DC 20044
(202) 353-1834
christopher.anderson3@usdoj.gov

Counsel for Federal Respondents

cc (via CM/ECF):  All counsel of record

- 2 -