Case No. 26-60240

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

AMERICAN ENERGY ASSOCIATION,
PETITIONER,

V.

DOUG BURGUM, SECRETARY OF THE INTERIOR, IN HIS OFFICIAL CAPACITIES AS CHAIR AND MEMBER OF THE ENDANGERED SPECIES COMMITTEE; BROOKE ROLLINS, SECRETARY OF AGRICULTURE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE ENDANGERED SPECIES COMMITTEE; DANIEL DRISCOLL, SECRETARY OF THE ARMY, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ENDANGERED SPECIES COMMITTEE; PIERRE YARED, ACTING CHAIR OF THE COUNCIL OF ECONOMIC ADVISORS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ENDANGERED SPECIES COMMITTEE; LEE ZELDIN, ADMINISTRATOR OF THE ENVIRONMENTAL PROTECTION AGENCY, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ENDANGERED SPECIES COMMITTEE; NEIL JACOBS, ADMINISTRATOR OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ENDANGERED SPECIES COMMITTEE; PETE HEGSETH, SECRETARY U.S. DEPARTMENT OF DEFENSE,
RESPONDENTS,

AMERICAN PETROLEUM INSTITUTE,
INTERVENOR-RESPONDENT.

On Petition for Review of an Order of the Endangered Species Committee

# CHANGE OF FIRM'S ADDRESS

Jason T. Morgan
Ryan P. Steen
STOEL RIVES LLP
1201 Third Ave., Suite 4800
Seattle, Washington 98101
T: (206) 624-0900
jason.morgan@stoel.com
ryan.steen@stoel.com
*Counsel for Intervenor-Respondent American Petroleum Institute*

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that undersigned counsel for Intervenor-Respondent American Petroleum Institute, provides this notice of change of address, effective November 16, 2026, to the following:

Stoel Rives LLP
1201 Third Ave., Suite 4800
Seattle, WA 98101

The office telephone numbers, and email addresses remain the same.

Dated: November 17, 2026.

*/s/ Ryan P. Steen*
JASON T. MORGAN, WA. Bar No. 38346
jason.morgan@stoel.com
RYAN P. STEEN, WA Bar No. 39922
ryan.steen@stoel.com
STOEL RIVES LLP
1201 Third Ave., Suite 4800
Seattle, Washington 98101
T: (206) 624-0900

*Counsel for Proposed Intervenor-Respondent American Petroleum Institute*