BOYDEN GRAY PLLC
800 CONNECTICUT AVE. NW, SUITE 900
WASHINGTON, DC 20006
(202) 955-0620

November 18, 2026

Honorable Tom Plunkett
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Rule 28(j) Letter in *American Energy Association v. Burgum*, No. 26-60240

Mr. Plunkett:

Petitioner American Energy Association ("AEA") submits this letter under Federal Rule of Appellate Procedure 28(j) to advise the Court of *Natural Resources Defense Council, Inc. v. Burgum*, No. 1:26-cv-1116 (RC), slip op. (D.D.C. Nov. 16, 2026), ECF No. 42, Ex. A.

There, the district court dismissed, for lack of jurisdiction, the Natural Resources Defense Council's ("NRDC") challenge to the Endangered Species Committee order under review in this case and concluded that 16 U.S.C. § 1536(n) channels review exclusively to the courts of appeals. Slip op. at 22, 24. Although subsection (j) supplied the rule of decision for the Committee's action, the court held that "subsection (h) is the only legal authority under which the Committee actually grants exemptions." *Id.* at 15. Thus, "when the Committee grants an exemption, it necessarily does so under subsection (h)." *Id.* at 17. That holding rejects the same argument that NRDC pressed here before dismissing its petition in this case and confirms this Court's exclusive jurisdiction under § 1536(n). AEA Open. Br. at 29–35; Gov't Br. at 18–23.

Respectfully,

/s/ James R. Conde
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel of Record for Petitioner American Energy Association*

cc: All counsel of record

Attachment: *Natural Resources Defense Council, Inc. v. Burgum*, No. 1:26-cv-1116 (RC), slip op. (D.D.C. Nov. 16, 2026), ECF No. 42

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Letter complies with Federal Rule of Appellate Procedure 28(j) because it contains 177 words, excluding the exempted portions, and complies with typeface requirements.

Respectfully,

/s/ James R. Conde
James R. Conde

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF. All parties in this case are represented by counsel consenting to electronic service.

Respectfully,

/s/ James R. Conde
James R. Conde